## 37117. GAINER v. MOULTON.

The judgment is affirmed without opinion under Rule 59. *All the Justices concur.*

DECIDED APRIL 15, 1981.

*Vaughn & Barksdale, A. R. Barksdale, James M. Anderson III,* for appellant.
*Edward E. Carriere, Jr.,* for appellee.